1  BENJAMIN B. WAGNER
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              | CASE NO. 3:15-MJ-00012-CMK
12 |                         Plaintiff,     | STIPULATION FOR EXTENSION OF TIME FOR
   |                                        | PRELIMINARY HEARING PURSUANT TO RULE
13 |               v.                       | 5.1(d)
14 | RAMON HERRERA, EDUARDO SALINAS-         | DATE: May 11, 2015
   | GARCIA, FERNANDO ACOSTA, and JESUS      | TIME: 2:00 p.m.
15 | NUNEZ-MEZA,                             | COURT: Hon. Allison Claire
16 |                         Defendants.    |

17

18   Plaintiff United States of America, by and through its attorney of record, Assistant United States

19 Attorney AMANDA BECK, and defendants RAMON HERRERA, EDUARDO SALINAS-GARCIA,

20 FERNANDO ACOSTA, and JESUS NUNEZ-MEZA, both individually and by and through their

21 respective counsels of record, BENJAMIN GALLOWAY, HAYES GABLE, SHARI RUSK, and JOHN

22 MANNING, hereby stipulate as follows:

23   1.   The Complaint in this case was filed on April 24, 2015, and defendants first appeared

24 before a judicial officer of the Court in which the charges in this case were pending on April 27, 2015.

25 The court set a preliminary hearing date of May 11, 2015.

26   2.   By this stipulation, the defendants consent to an extension of the preliminary hearing date

27 to May 19, 2015, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal

28 Rules of Criminal Procedure. The parties stipulate that the delay is required to allow for the

STIPULATION                                   1

government's continuing investigation of the case. The parties further agree that good cause exists for the extension of time and that the interests of justice served by granting this continuance outweigh the interests of the public and the defendants in a prompt disposition of their criminal cases. Fed. R. Crim. Pro. 5.1(d).

IT IS SO STIPULATED.

Dated:  May 5, 2015                             BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ AMANDA BECK
                                                AMANDA BECK
                                                Assistant United States Attorney


Dated:  May 5, 2015                             /s/ BENJAMIN GALLOWAY
                                                BENJAMIN GALLOWAY
                                                Counsel for Defendant
                                                RAMON HERRERA


Dated:  May 5, 2015                             /s/ HAYES GABLE, III
                                                HAYES GABLE, III
                                                Counsel for Defendant
                                                EDUARDO SALINAS-
                                                GARCIA


Dated:  May 5, 2015                             /s/ SHARI RUSK
                                                SHARI RUSK
                                                Counsel for Defendant
                                                FERNANDO ACOSTA


Dated:  May 5, 2015                             /s/ JOHN MANNING
                                                JOHN MANNING
                                                Counsel for Defendant
                                                JESUS NUNEZ-MEZA

STIPULATION

BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:15-MJ-00012-CMK |
|---|---|
| Plaintiff, | [PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) |
| v. | |
| RAMON HERRERA, EDUARDO SALINAS-GARCIA, FERNANDO ACOSTA, AND JESUS NUNEZ-MEZA, | DATE: May 11, 2015<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |
| Defendants. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d), filed by the parties in this matter on May 5, 2015. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The Court further finds that the extension of time would not adversely affect the defendants or the public interest in the prompt disposition of criminal cases.

//
//
//
//

[PROPOSED] FINDINGS AND ORDER

1

1    THEREFORE, FOR GOOD CAUSE SHOWN:

2    1. The date of the preliminary hearing is extended to May 19, 2015, at 2:00 p.m.

3    2. Defendants shall appear at that date and time before the Magistrate Judge on duty.

5    IT IS SO ORDERED.

7    DATED: May 6, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER