UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 15, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:15-cr-00102-MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Ramon Herrera, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Ramon Herrera</u>; Case <u>2:15-cr-00102-MCE</u> from custody and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of _____

_X_  Unsecured Appearance Bond in the amount of <u>$100,000.00</u>, cosigned by defendant's wife, Kathy Herrera, defendant's daughter, Maritza Herrera, and defendant's sister, Carmon Herrera

__  Appearance Bond with 10% Deposit

_X_  Appearance Bond in the amount of <u>$200,000.00</u> secured by the real properties referenced in the Pretrial Services report

__  Corporate Surety Bail Bond

_X_  (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>6/15/2015</u> at <u>3:30 PM</u>.

By _____
Kendall J. Newman
United States Magistrate Judge