JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JESUS NUNEZ-MEZA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   No. CR-S-15-102 MCE
                                         )
            Plaintiff,                   )
                                         )   STIPULATION REGARDING
                                         )   EXCLUDABLE TIME PERIODS
v.                                       )   UNDER SPEEDY TRIAL ACT;
                                         )   ORDER
HERRERA et al.,                          )
                                         )   Date:   September 24, 2015
            Defendants.                  )   Time:   9:00 a.m.
                                         )   Judge:  Honorable Morrison C. England, Jr.
                                         )
                                         )
_____      )

        The United States of America through its undersigned counsel, Amanda Beck, Assistant

United States Attorney, together with counsel for defendant Ramon Herrera, Benjamin D.

Galloway, Esq., counsel for defendant Eduardo Salinas-Garcia, Hayes H. Gable, III, Esq.,

counsel for defendant Fernando Acosta, Shari G. Rusk, Esq., and counsel for defendant Jesus

Nunez-Meza, John R. Manning, Esq., hereby stipulate the following:

    1.  By previous order, this matter was set for status conference on July 16, 2015.

    2.  By this stipulation, the defendants now move to continue the status conference until

September 24, 2015 and to exclude time between July 16, 2015 and September 24, 2015 under

the Local Code T-4 (to allow defense counsel time to prepare).

    3.  The parties agree and stipulate, and request the Court find the following:

        a.  Currently, the government has provided 65 pages of discovery.

1

b.  Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

c.  Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.  The government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of July 16 2015, to September 24, 2015, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 13, 2015                                      /s/ Benjamin D. Galloway
                                                          BENJAMIN D. GALLOWAY
                                                          Attorney for Defendant
                                                          Ramon Herrera

Dated:  July 13, 2015                                      /s/ Hayes H. Gable, III
                                                          HAYES H. GABLE, III
                                                          Attorney for Defendant
                                                          Eduardo Salinas-Garcia

Dated:  July 13, 2015                                      /s/ Shari G. Rusk
                                                          SHARI G. RUSK
                                                          Attorney for Defendant
                                                          Fernando Acosta

Dated:  July 13, 2015                                      /s/ John R. Manning
                                                          JOHN R. MANNING
                                                          Attorney for Defendant
                                                          Jesus Nunez-Meza

Dated:  July 13, 2015                                      Benjamin B. Wagner
                                                          United States Attorney

                                                          by:/s/  Amanda Beck
                                                          AMANDA BECK
                                                          Assistant U.S. Attorney

**ORDER**

        IT IS SO ORDERED.

Dated:  July 17, 2015

                                                          _____
                                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                          UNITED STATES DISTRICT COURT