JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JESUS NUNEZ-MEZA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-15-102 GEB |
| Plaintiff, | ) ) ) | STIPULATION REGARDING |
| v. | ) ) ) | EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS |
| HERRERA et al., | ) ) ) | Date:  May 27, 2016 Time:  9:00 a.m. |
| Defendants. | ) ) ) ) ) | Judge: Honorable Garland E. Burrell, Jr. |

The United States of America through its undersigned counsel, Amanda Beck, Assistant United States Attorney, together with counsel for defendant Ramon Herrera, Benjamin D. Galloway, Esq., counsel for defendant Eduardo Salinas-Garcia, Hayes H. Gable, III, Esq., counsel for defendant Fernando Acosta, Shari G. Rusk, Esq., and counsel for defendant Jesus Nunez-Meza, John R. Manning, Esq., hereby stipulate the following:

  1. By previous order, this matter was set for status conference on April 1, 2016.

  2. By this stipulation, the defendants now move to continue the status conference until May 27, 2016 and to exclude time between April 1, 2016 and May 27, 2016 under the Local Code T-4 (to allow defense counsel time to prepare).

  3. The parties agree and stipulate, and request the Court find the following:

    a. Initially, the government provided 65 pages of discovery as well as three DVDs containing numerous videos. On January 13, 2016 the government provided an additional 2,683 pages of discovery. On February 25, 2016 the government provided an additional 694 pages of discovery. On March 23, 2016, the government provided an additional 6500(+) pages of discovery.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of April 1, 2016, to May 27, 2016, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 24, 2016                               /s/ Benjamin D. Galloway
                                                    BENJAMIN D. GALLOWAY
                                                    Attorney for Defendant
                                                    Ramon Herrera

Dated: March 24, 2016                               /s/ Hayes H. Gable, III
                                                    HAYES H. GABLE, III
                                                    Attorney for Defendant
                                                    Eduardo Salinas-Garcia

Dated: March 24, 2016                               /s/ Shari G. Rusk
                                                    SHARI G. RUSK
                                                    Attorney for Defendant
                                                    Fernando Acosta

Dated: March 24, 2016                               /s/ John R. Manning
                                                    JOHN R. MANNING
                                                    Attorney for Defendant
                                                    Jesus Nunez-Meza


Dated: March 24, 2016                               Benjamin B. Wagner
                                                    United States Attorney

                                                    by: /s/ Amanda Beck
                                                    AMANDA BECK
                                                    Assistant U.S. Attorney


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 29, 2016


                                                    _____
                                                    GARLAND E. BURRELL, JR.
                                                    Senior United States District Judge

3