HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAMON HERRERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>RAMON HERRERA, et al.<br><br>              Defendants. | Case No. 2:15-cr-102 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO ALLOW CASH BOND TO SUBSTITUTE FOR PROPERTY BOND<br><br>Judge:  Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Amanda Beck, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Ramon Herrera, that the terms of his pretrial release be modified to allow substitution of the $200,000 property bond (Doc. 36) with a $200,000 cash bond to be posted in advance of exoneration of the property bond.  All other terms and conditions of Mr. Herrera's release are to remain in effect.

This modification is requested because Mr. Herrera and his wife desire to sell their property in Shingletown, California so they can live with their daughter in the Central District of California.  This move is motivated by his wife's poor health and the need for their daughter's assistance in caring for her.  It is also because the Herreras lack the funds needed to reopen the restaurant on their property.

The Herreras have received an offer from a Texas-based developer to purchase the

1  property which secures Mr. Herrera's $200,000 property bond. Undersigned counsel for Mr.
2  Herrera has been in direct communication with an attorney for the developer. According to that
3  attorney, the development company is willing to replace the secured bond with a $200,000 cash
4  bond. The cash bond would come from the purchase price of the property, however the
5  developer is willing to post the cash in advance of exoneration of the property bond, thereby
6  enabling the lien to be lifted and the sale to go through.

   Pretrial Services Officer Alicia Mirgain has been informed of the above and has no objection to the proposed substitution.

                                    Respectfully submitted,

Dated:  May 25, 2016                HEATHER E. WILLIAMS
                                    Federal Defender


                                     */s/ Benjamin D. Galloway*
                                    BENJAMIN D. GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    RAMON HERRERA


Dated:  May 25, 2016                PHILLIP A. TALBERT
                                    Acting U.S. Attorney

                                    */s/ Amanda Beck*
                                    AMANDA BECK
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that the $200,000 property bond posted in this case may be substituted by a cash bond in the amount of $200,000. Upon posting of the $200,000 cash bond, the property bond shall be exonerated and the clerk shall prepare a substitution of trustee and full reconveyance, reconveying the deed of trust to the sureties, Ramon and Kathy Herrera. All other terms and conditions of pretrial release are to remain in effect.

Dated: May 25, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE