JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JESUS NUNEZ-MEZA


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-15-102 GEB |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) STIPULATION REGARDING |
| v. | ) EXCLUDABLE TIME PERIODS |
| | ) UNDER SPEEDY TRIAL ACT; |
| | ) [PROPOSED] FINDINGS |
| HERRERA et al., | ) |
| | ) Date:   November 18, 2016 |
| | ) Time:  9:00 a.m. |
| Defendants. | ) Judge:  Honorable Garland E. Burrell, Jr. |
| | ) |
| | ) |
| | ) |

The United States of America through its undersigned counsel, Amanda Beck, Assistant United States Attorney, together with counsel for defendant Ramon Herrera, Benjamin D. Galloway, Esq., counsel for defendant Eduardo Salinas-Garcia, Hayes H. Gable, III, Esq., counsel for defendant Fernando Acosta, Shari G. Rusk, Esq., and counsel for defendant Jesus Nunez-Meza, John R. Manning, Esq., hereby stipulate the following:

1.  By previous order, this matter was set for status conference on September 30, 2016.

2.  By this stipulation, the defendants now move to continue the status conference until November 18, 2016 and to exclude time between September 30, 2016 and November 18, 2016 under the Local Code T-4 (to allow defense counsel time to prepare).

3.  The parties agree and stipulate, and request the Court find the following:

a.  Initially, the government provided 65 pages of discovery as well as three DVDs containing numerous videos.  On January 13, 2016 the government provided an additional 2,683 pages of discovery.  On February 25, 2016 the government produced another 694 pages of discovery.  Finally, on March 23, 2016 the government provided an additional ten DVD's containing hundreds of pages of cell phone records.

b.  Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

c.  Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.  The government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 30, 2016, to November 18, 2016, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 22, 2016                    /s/  Benjamin D. Galloway
                                             BENJAMIN D. GALLOWAY
                                             Attorney for Defendant
                                             Ramon Herrera

Dated:  September 22, 2016                    /s/  Hayes H. Gable, III
                                             HAYES H. GABLE, III
                                             Attorney for Defendant
                                             Eduardo Salinas-Garcia

Dated:  September 22, 2016                    /s/  Shari G. Rusk
                                             SHARI G. RUSK
                                             Attorney for Defendant
                                             Fernando Acosta

Dated:  September 22, 2016                    /s/  John R. Manning
                                             JOHN R. MANNING
                                             Attorney for Defendant
                                             Jesus Nunez-Meza

Dated: September 26, 2016                     Phillip A. Talbert
                                             Acting United States Attorney

                                             by: /s/  Amanda Beck
                                             AMANDA BECK
                                             Assistant U.S. Attorney

**ORDER**

 IT IS SO FOUND AND ORDERED.

Dated:  September 27, 2016


                                             _____
                                             GARLAND E. BURRELL, JR.
                                             Senior United States District Judge