PHILLIP A. TALBERT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>                    v.<br><br>RAMON HERRERA,<br>EDUARDO SALINAS-GARCIA,<br>FERNANDO ACOSTA,<br>JESUS NUNEZ-MEZA,<br><br>                               Defendants. | CASE NO.  2:15-CR-102-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: January 20, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on January 20, 2017.

2.      By this stipulation, defendants now move to continue the status conference until February 24, 2017, and to exclude time between January 20, 2017, and February 24, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes 10,126 Bates-stamped items, including bank records, phone records, and videos.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time to review the discovery and consult with their clients on legal options.

1            c)       Counsel for defendants believe that failure to grant the above-requested

2 continuance would deny counsel the reasonable time necessary for effective preparation, taking

3 into account the exercise of due diligence.

4            d)       The government does not object to the continuance.

5            e)       Based on the above-stated findings, the ends of justice served by continuing the

6 case as requested outweigh the interest of the public and the defendant in a trial within the

7 original date prescribed by the Speedy Trial Act.

8            f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9 et seq., within which trial must commence, the time period of January 20, 2017 to February 24,

10 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

11 T4] because it results from a continuance granted by the Court at defendants' request on the basis

12 of the Court's finding that the ends of justice served by taking such action outweigh the best

13 interest of the public and the defendant in a speedy trial.

14      4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

15 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

16 must commence.

17      IT IS SO STIPULATED.

18

19 Dated:  January 10, 2017                 PHILLIP A. TALBERT
                                        United States Attorney

20

21                                         /s/ AMANDA BECK
                                        AMANDA BECK

22                                         Assistant United States Attorney

23

24 Dated:  January 10, 2017                 /s/ BENJAMIN GALLOWAY
                                        BENJAMIN GALLOWAY

25                                         Counsel for Defendant
                                        RAMON HERRERA

26

27 Dated:  January 10, 2017                    /s/ HAYES GABLE, III

28

1
HAYES GABLE, III
Counsel for Defendant
2
EDUARDO SALINAS-
GARCIA
3

4  Dated:  January 10, 2017          /s/ SHARI RUSK
SHARI RUSK
5
Counsel for Defendant
6
FERNANDO ACOSTA

7
8  Dated:  January 10, 2017          /s/ JOHN MANNING
JOHN MANNING
8
Counsel for Defendant
9
JESUS NUNEZ-MEZA

10

11                    **FINDINGS AND ORDER**

12       IT IS SO FOUND AND ORDERED.

13       Dated:  January 11, 2017

14

15
_____
16  GARLAND E. BURRELL, JR.
17  Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]          3
FINDINGS AND ORDER