Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@att.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FERNANDO ACOSTA, et.al.,<br><br>  Defendants. | Cr.S. 15-102 GEB<br><br>COURT: Hon. Judge Garland E. Burrell, Jr.<br>DATE:  July 14, 2017<br>TIME:  9:00 a.m.<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS |

The United States of America through its undersigned counsel, Timothy Delgado, Assistant United States Attorney, together with counsel for defendant Ramon Herrera, Benjamin D. Galloway, Esq., counsel for defendant Eduardo Salinas-Garcia, Chris Cosca, Esq., and counsel for defendant Fernando Acosta, Shari G. Rusk, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on June 16, 2017.

2. By this stipulation, the defendants now move to continue the status conference until July 14, 2017 and to exclude time between June 16, 2017 and July 14, 2017 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

1

a. Initially, the government provided 65 pages of discovery as well as three DVDs containing numerous videos. On January 13, 2016 the government provided an additional 2,683 pages of discovery. On February 25, 2016 the government produced another 694 pages of discovery. Finally, on March 23, 2016 the government provided an additional ten DVD's containing hundreds of pages of cell phone records.

b. Counsel for the defendants need additional time to review the discovery, conduct investigation, interview potential witnesses, and discuss USSG calculations and possible resolution scenarios with their respective clients.

c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 16, 2017, to July 14, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Date: June 13, 2017                             Respectfully submitted,

                                                /s/ Shari Rusk
                                                SHARI RUSK
                                                Attorney for Defendant
                                                Fernando Acosta


                                                BENJAMIN D. GALLOWAY

Dated: June 13, 2017                            /s/ Benjamin D. Galloway
                                                Attorney for Defendant
                                                Ramon Herrera

Dated: June 13, 2017

Chris Cosca
/s/ Chris Cosca
Attorney for Defendant
Eduardo Salinas-Garcia

Dated: June 13, 2017

Phillip A. Talbert
United States Attorney
TIMOTHY DELGADO
by: /s/ Timothy Delgado
Assistant U.S. Attorney

**ORDER**

It is so ordered.

Dated:  June 15, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge