| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | RAMON HERRERA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 2:15-cr-102 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO EXTEND VOLUNTARY SURRENDER |
| v. | ) | DATE TO JULY 16, 2018 |
| | ) | |
| RAMON HERRERA, | ) | |
| | ) | Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through Assistant United States Attorney Amanda Beck, and defendant, Ramon Herrera by and through his counsel, Benjamin D. Galloway, Chief Assistant Federal Defender, that the self-surrender date for defendant, Ramon Herrera, is continued until July 16, 2018, a one-month extension. Mr. Herrera underwent surgery three weeks ago, and is now suffering from a post-operative complication. This extension will enable Mr. Herrera's doctors to provide needed medical treatment and allow time for his recovery.

Assistant United States Attorney, Amanda Beck, has no objection to continuing the defendant's self-surrender date for one month. Mr. Herrera will remain under Pretrial Services supervision until he voluntarily surrenders to the Bureau of Prison facility. Pretrial Services is

Stipulation to Continue Voluntary Surrender -1-

aware of the current medical situation and this request to extend Mr. Herrera's self-surrender date.

The parties agree that the defendant's self-surrender date of June 15, 2018, be continued to July 16, 2018 at 2:00 p.m.

Dated:  June 14, 2018

                        Respectfully submitted,

                        HEATHER E. WILLIAMS
                        Federal Defender

                        */s/ Benjamin D. Galloway*
                        BENJAMIN D. GALLOWAY
                        Chief Assistant Federal Defender
                        Attorney for Defendant
                        RAMON HERRERA

Dated:  June 14, 2018          MCGREGOR W. SCOTT
                        United States Attorney

                        */s/ Amanda Beck*
                        AMANDA BECK
                        Assistant United States Attorney
                        Attorney for Plaintiff

## ORDER

The surrender date of June 15, 2018 is vacated. Defendant Ramon Herrera shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Service on July 16, 2018 at 2:00 p.m.

Dated: June 14, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge