HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAMON HERRERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-cr-102 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO ) EXONERATE CASH BOND |
| v. | ) Judge: Hon. Deborah Barnes |
| RAMON HERRERA, et al. | ) |
| Defendants. | ) |

The defendant, Ramon Herrera, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request an order to exonerate the cash bond of $200,000, payable to Kathy Herrera, the wife of Mr. Herrera.

On May 27, 2015, Mr. Herrera was released on a $200,000 bond secured by equity in property (Dkt 27). On May 26, 2016, the Court allowed a $200,000 cash bond to substitute the property bond because Mr. Herrera and wife, Kathy, sold their property in Shingletown, California. (Dkt 63) to a Texas-based developer.

On March 16, 2018, the Court sentenced Mr. Herrera to 70 months imprisonment and 36 months supervised release and ordered him to pay a $100 Special Assessment.

Mr. Herrera is now serving his sentence at Big Spring CI in Big Spring, Texas. His estimated release date is June 23, 2023. As a result, Mr. Herrera now applies for an order to exonerate the cash bond in the amount of $200,000, payable to Kathy Herrera.

Stipulation and Order to Exonerate Cash Bond   -1-

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: August 1, 2018 | HEATHER E. WILLIAMS |
| | | Federal Defender |
| 3 | | |
| 4 | | */s/ Benjamin D. Galloway* |
| 5 | | BENJAMIN D. GALLOWAY |
| | | Chief Assistant Federal Defender |
| | | Attorney for Defendant |
| 6 | | RAMON HERRERA |
| 7 | Dated: August 1, 2018 | MCGREGOR W. SCOTT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Amanda Beck* |
| | | AMANDA BECK |
| | | Assistant United States Attorney |
| 10 | | Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the bond in the above-captioned case and return the posted cash to Mrs. Kathy Herrera.

The Court's financial department shall contact the Federal Defender to obtain Mrs. Herrera's current contact information.

Dated: August 1, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE